[No. 63506-9-I. Division One. August 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE SHANE ALDERMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-1-00892-9, Linda C. Krese, J., entered May 6, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Becker and Cox, JJ.

[No. 63557-3-I. Division One. August 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DUSTIN SCOTT BATEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-10789-1, Mary E. Roberts, J., entered May 18, 2009. *Remanded* by unpublished opinion per Lau, J., concurred in by Dwyer, C.J., and Appelwick, J.

[No. 63699-5-I. Division One. August 2, 2010.]

TBF FINANCIAL, LLC, *Respondent*, v. GREGG HENDERSON ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-38744-5, Douglass A. North, J., entered May 29, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Dwyer, C.J., and Appelwick, J.

[No. 63891-2-I. Division One. August 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. FALINE MARSETTE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-12724-5, Hollis R. Hill, J., entered June 23, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Grosse and Appelwick, JJ.